JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE MARTINEZ, an individual, | Case No. 2:19-cv-06123-DSF-GJS |
| Plaintiff, | **ORDER** |
| v. | |
| MERCEDES-BENZ USA, LLC, and DOES 1 through 10, inclusive, | |
| Defendants. | |

# ORDER OF DISMISSAL

Pursuant to the Stipulation of the parties under the Federal Rules of Civil Procedure Rule 41(a)(1)(ii), it is Ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties. The clerk is directed to close the file.

Dated: September 14, 2021

*Dale S. Fischer*

Honorable Judge Dale S. Fischer